## In re GREEN et al.

(District Court, E. D. Pennsylvania. January 26, 1901.)

### No. 845.

BANKRUPTCY—ACTS OF BANKRUPTCY—CONSTRUCTIVE GENERAL ASSIGNMENT.

A confession of judgment by a debtor to a trustee for all his creditors amounts to a general assignment for the benefit of creditors, under the law of Pennsylvania, and constitutes an act of bankruptcy, under Bankr. Act 1898, § 3a, cl. 4.

In Bankruptcy. On motion for adjudication.

Jos. L. Greenwald and Clinton O. Mayer, for creditors.
Henry Williams, for bankrupt.

J. B. McPHERSON, District Judge. From the petition and answer, it appears that on December 5, 1900, the bankrupts confessed

judgment for the sum of $9,248.70 to Philip Silverman as trustee for all their creditors, and that this judgment was entered of record upon December 7th, and an execution issued thereon; the judgment and execution becoming a lien upon all their property. Objection is made to the adjudication upon the ground that the confession of judgment was not a preference, because it was intended to benefit all the creditors alike, in proportion to the respective amounts of their claims. It may be true that the confession was not a preference; but under the law of Pennsylvania it clearly amounted to a general assignment for the benefit of creditors, and was therefore an act of bankruptcy.

The adjudication will be entered as prayed.